IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAKBIR ALLAHU AKBAR MUHAMMAD                                          PLAINTIFF

v.                              NO. 5:10CV00343 JLH-BD

RAY HOBBS, *et al.*                                                   DEFENDANTS

**ORDER**

The Court has carefully reviewed the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. The recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The claims against Defendant Charles Cervin are DISMISSED without prejudice under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE