## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

TAKBIR ALLAHU AKBAR MUHAMMAD                                              PLAINTIFF

v.                                    NO. 5:10CV00343 JLH-BD

RAY HOBBS, *et al.*                                                      DEFENDANTS

## <u>ORDER</u>

On June 15, 2012, the defendants filed a motion for summary judgment.  On June 18, 2012, Magistrate Judge Beth Deere entered an order notifying Muhammad of his opportunity to file a response to the motion within fourteen (14) days and directing him, if he opposed the motion,  to file an affidavit as well as a short statement setting forth the disputed facts that he believes must be decided at trial as required by Local Rule 56.1.  Muhammad did not respond.  Nevertheless, Judge Deere recommended that the Court deny the motion for summary judgment because the defendants failed to present evidence sufficient to meet their initial burden under Rule 56.  The defendants have filed an objection and have, with their objection, supplemented the record.

The Court again directs Muhammad to file a response to the motion for summary judgment, including an affidavit and a short statement of the disputed facts that he believes must be decided at trial, as well as a response to the objections to the partial recommended disposition.  Muhammad's response must be filed within thirty (30) days from the entry of this order.  Pursuant to Local Rule 5.5(c)(2), if Muhammad does not respond within thirty (30) days, this action will be dismissed without prejudice for failure to prosecute.

The Clerk is directed to send a copy of this order to Muhammad at the most recent address that he has provided.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE