# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TAKBIR ALLAHU AKBAR MUHAMMAD            PLAINTIFF

v.           NO. 5:10CV00343 JLH-BD

RAY HOBBS, Director, Arkansas
Department of Correction; and
DAVID WHITE, Warden, Maximum Security
Unit, Arkansas Department of Correction           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Ray Hobbs and David White. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE